```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8                    EASTERN DISTRICT OF CALIFORNIA
 9                            ----oo0oo----
10  UNITED STATES OF AMERICA,
                                      NO. CR. S-94-0120 WBS
11            Plaintiff,
         v.
12
    PHILIP JOSEPH BROWN,
13                                    RELATED CASE ORDER
              Defendant.
14  _____/
15  UNITED STATES OF AMERICA,
                                      NO. CR. S-05-0452 MCE
16            Plaintiff,
         v.
17
18  PHILIP JOSEPH BROWN,
19            Defendant.
    _____/
20
21                            ----oo0oo----
22            Examination of the above-entitled actions reveals that
23  these actions are related within the meaning of Local Rule 83-
24  123, E.D. Cal. (1997).  Both cases involve the same defendant,
25  and the same bank robberies, which form the basis for the
26  Indictment (CR. S-05-0452 MEC) and the alleged violations of
27  supervised release (CR. S-94-0120 WBS).  Accordingly, the
28  assignment of the matters to the same judge is likely to effect a
```

1  substantial saving of judicial effort and is also likely to be
2  convenient for the parties.
3       The parties should be aware that relating the cases
4  under Local Rule 83-123 merely has the result that these actions
5  are assigned to the same judge; no consolidation of the actions
6  is effected.
7       IT IS THEREFORE ORDERED that the action denominated CR.
8  S-05-0452 MCE be, and the same hereby is, reassigned to WILLIAM
9  B. SHUBB for all further proceedings.  Henceforth the captions on
10 all documents filed in the reassigned case shall be shown as CR.
11 S-05-0452 WBS, and any dates currently set in the reassigned case
12 only are hereby VACATED, and the United States Attorney shall see
13 that the reassigned cases are placed on a regularly scheduled
14 criminal calendar of the undersigned judge for status conference.
15      IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustment in the assignment of criminal cases to
17 compensate for this reassignment.
18      IT IS SO ORDERED.
19 DATED: November 22, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE