DANIEL J. BRODERICK, Bar # 89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PHILLIP JOSEPH BROWN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-452  WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | VACATING DATE, CONTINUING CASE |
| v. ) | AND EXCLUDING TIME FOR TRIAL |
| ) | UNDER THE SPEEDY TRIAL ACT |
| PHILLIP JOSEPH BROWN, ) | |
| ) | Judge:   Hon. William B. Shubb |
| Defendant. ) | Date:    July 19, 2006 |
| ) | Time:    9:00 a.m. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney John Vincent, Attorney for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Attorney for Phillip Joseph Brown, that the status conference presently scheduled for July 19, 2006, be vacated, and that the case be continued to August 23, 2006, at 9:00 a.m. for further status conference.

This continuance is sought to complete consideration of a proposed plea agreement and consultation with Mr. Brown about that offer.  The

1 continuance is also sought in an effort to see that Mr. Brown obtains
2 further medical attention to alleviate his present pain and discomfort
3 due to the rapid growth of a new tumor on his right side.
4     **IT IS FURTHER STIPULATED** that the need for further time to
5 accomplish the above matters outweighs the interest of the public in a
6 speedy trial, and that time for trial under the Speedy Trial Act is
7 appropriately excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv),
8 Local Code T-4, for continuity of counsel (in light of the August
9 schedule of both counsel), availability of the defendant, and for
10 adequate time to prepare.
11     **IT IS SO STIPULATED**.
12
13 Dated:  July 17, 2006         /S/ John Vincent
                                 JOHN VINCENT
14                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
15
16
17 Dated:  July 17, 2006         /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
18                               Assistant Federal Defender
                                 Attorney for Defendant
19                               PHILLIP JOSEPH BROWN
20
                          **O R D E R**
21
22     **IT IS SO ORDERED**.
                By the Court,
23
24
25 Dated:  July 19, 2006
26
27                               WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
28

Stipulation And Order              2